

# UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**LORI LANDIS**
**Chief Deputy Clerk**

May 3, 2017

**CLERK, US DISTRICT COURT**
Richard B. Russell Federal
 Building and
 United States Courthouse
75 Ted Turner Drive, Room 2211
Atlanta, GA 30303-3309

Re:  Roman Seleznev

Your Case No:  1:09-CR-491-SCJ-LTW
Our Case No:  MJ17-172

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 5/2/17, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter via email at Kadya_Peter@wawd.uscourts.gov and should you need anything further, do not hesitate to contact me directly.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By /s/ Kadya Peter,
Deputy Clerk